# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| OSCAR SANCHEZ, individually and on behalf of others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>KOHL'S DEPARTMENT STORES, INC. and KOHL'S CORPORATION, )<br><br>Defendant. ) | Case No. 2:20-cv-10840 |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses with prejudice Defendants Kohl's Department Stores, Inc. and Kohl's Corporation. Each side shall bear its own costs.

Dated: May 2, 2022

Respectfully submitted,

OSCAR SANCHEZ, individually and on behalf of other similarly situated individuals,

By his attorneys,

/s/ Michelle Cassorla
Michelle Cassorla
LICHTEN & LISS-RIORDAN P.C.
729 Boylston St., Suite 2000
Boston, Massachusetts 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
mcassorla@llrlaw.com

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 5/5/2022

1